AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ WESTERN _____ **DISTRICT OF** __ NEW YORK __

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| v. | |
| DONALD R. LEMOND | CASE NUMBER: 06-M- 4153 |

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

Between on or about October 16, 2006 and December 11, 2006, in the Western District of New York and elsewhere, the defendant did use an interstate facility to attempt to persuade, induce or entice another individual under 18 years of age to engage in any sexual activity for which the person could be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof:     ( ✔ ) Yes     ( ) No

JOSEPH M. McARDLE, Special Agent, FBI
Signature of Complainant

Sworn to before me and subscribed in my presence,

December 13, 2006                    at     Rochester, New York
Date                                           City and State

HON. MARIAN W. PAYSON, USMJ
Name & Title of Judicial Officer

Marian W Payso
Signature of Judicial Officer

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

STATE OF NEW YORK )
COUNTY OF MONROE  )
CITY OF ROCHESTER )

I, Joseph M. McArdle, having been first duly sworn, do hereby depose and state as follows:

1.  I am a Special Agent of the Federal Bureau of Investigation (FBI).  I have been a Special Agent for over two years.  I am currently assigned to investigations involving crimes against children, as well as other criminal investigations.  Additionally, I have received specialized training related to crimes against children.

2.  I make this affidavit in support of a criminal complaint charging Donald Lemond (year of birth of 1957) with a violation of Title 18, United States Code, Section 2422(b), which prohibits a person from utilizing a facility and means of interstate or foreign commerce to persuade, induce or entice a minor to engage in any sexual activity for which any person can be charged with a crime, or to attempt to do so.

## DETAILS OF INVESTIGATION

3.  On October 16, 2006, A Monroe County Sheriff's Office (MCSO) Deputy was working online in an undercover capacity on the Internet in a regional Yahoo chat room titled "New York:9". While in the chat room, the MCSO Deputy assumed the identity of a 14 year old girl.  At no time did the MCSO Deputy initiate a chat conversation in the aforementioned Yahoo chat room or any other chat room.

4.   At approximately 7:32 p.m. on October 16, 2006, a user with the screen name of "litfun7" initiated a chat with the MCSO Deputy via Yahoo Instant Messenger.  Yahoo Instant Messenger is a common instant messaging program that allows individuals to communicate with each other over the Internet in real time. During this initial contact, litfun7 identified himself as being a 49 year old male.

5. From October 16, 2006 to November 27, 2006, the MCSO Deputy chatted online via Yahoo Instant Messenger with litfun7 on 18 separate dates.  On numerous dates, multiple chat conversations took place during different times of the same day. On multiple occasions, litfun7 acknowledged that he believed he was communicating with a 14 year old female.

6.   During these chats, litfun7 made numerous sexually explicit comments to the MCSO Deputy posing as a 14 year old girl.   Many of the chats focused on what litfun7 wanted to do sexually with the MCSO Deputy and serve as clear depictions of how litfun7 was attempting to persuade and entice the MCSO Deputy into first talking about sex and subsequently into having physical sexual contact.

7.   The following paragraphs provide a synopsis of chat communications between the MCSO Deputy and litfun7.

8.   As disclosed above, on October 16, 2006 at approximately 1932 hours, a user with the screen name of litfun7 initiated a chat with the MCSO Deputy by typing "hello,49-m-cny", implying that litfun7 is a 49 year old male from central New York.  The MCSO Deputy responded by typing, "hi 14f ny", implying that the MCSO Deputy is a 14 year old female from New York.

2

Litfun7 then replied, "very cute,,didn't know you were that young."  The MCSO Deputy asked if litfun7 was in the chat room and litfun7 responded by saying that he was and still is. Litfun7 asked, "what brings you to Yahoo," to which the MCSO Deputy responded, "I was jst lookin at pros (profiles) an stuff." Litfun7 then asked where the MCSO Deputy was located and when litfun7 was told "Rochster", he stated that he comes to Rochester for business "a lot".  Litfun7 told the MCSO Deputy that he is in Syracuse.

     9.   Litfun7 asked what kind of "stuff" the MCSO Deputy was looking for in the chat rooms, what the MCSO Deputy likes to do for fun, and if the MCSO Deputy was "into boys".  Litfun7 followed with "I be chasing you around if I were your age…."  He then asked if the MCSO Deputy chats "with very many men on here" and stated that his name is Donald.  Litfun7 asked if the MCSO Deputy could see his picture and the MCSO Deputy responded positively.  An image of a white, adult male wearing eyeglasses and seated in a red cloth chair wearing a blue coat was visible in the avatar window (an avatar is an Internet user's representation of themselves, often pictures of themselves, used by Internet forums and chat programs).  At approximately 1952 hours, litfun7 told the MCSO Deputy, "hope you don't think I'm some kind of pervert,,,talking to you."  Litfun7 asked what grade the MCSO Deputy is in at approximately 1959 hours and the MCSO Deputy replied by saying the 9th grade.  At approximately 2015 hours, litfun7 asked to add the MCSO Deputy to his buddy list. The MCSO Deputy agreed and litfun7 attempted to do so but was unable to due to apparent computer error.  Litfun7 then told the MCSO Deputy, "you can add me too if you like."  The MCSO Deputy agreed and did so.  This chat ended at approximately 2027 hours.

10.   On October 19, 2006 at approximately 1639 hours, litfun7 initiated a chat dialogue with the MCSO Deputy by typing "hey there".   The MCSO Deputy responded "hiii" "watcha doin". Litfun7 told the MCSO Deputy that he had just returned from a road trip.   At approximately 1652 hours, litfun7 asked if the MCSO Deputy has a boyfriend and stated that the MCSO Deputy is very cute.   Litfun7 told the MCSO Deputy that he has been married for almost 27 years.   Litfun7 also told he MCSO Deputy that he has 2 dogs, 1 cat, a bird, and fish.   He then told the MCSO Deputy that he has a pool at his home and that he had recently sold a rock "crusher" on Buffalo road in the Town of Gates through his employment.   This chat ended at approximately 1744 hours.   At approximately 1926 hours on October 19, 2006, litfun7 initiated a second chat with the MCSO Deputy by typing "hi." Litfun7 chatted with the MCSO Deputy about his snowmobile and told the MCSO Deputy at approximately 1941 hours, "maybe someday...i'll come out there with mty slad," "sled*.   This chat ended at approximately 2002 hours.

11.   On October 23, 2006 at approximately 1652 hours, litfun7 initiated a chat with the MCSO Deputy by typing "hello,." At approximately 1954 hours, litfun7 continued the previous chat by typing "hello, again".   At approximately 2028 hours, litfun7 asked for the MCSO Deputy's height and weight.   Litfun7 told the MCSO Deputy that he enjoys hunting and fishing and that he owns a "four wheeler" and a small fishing boat.   This chat ended at approximately 2048 hours.

12.  On October 24, 2006 at approximately 1751 hours,
litfun7 initiated a chat dialogue with the MCSO Deputy by typing
"hi you there".  The MCSO Deputy responded to this at
approximately 1820 hours by typing "hiii u her(here)?"  Litfun7
again responded at approximately 1850 hours with, "hey there."
Litfun7 told the MCSO Deputy that he would be traveling to
Pittsburgh on October 25 for his employment as well as South
Carolina in the near future.  At approximately 1924 hours while
chatting about the cost of seeing a movie, litfun7 told the MCSO
Deputy, "guess it will have to be my treat..lol."  The MCSO
Deputy clarified by asking, "lol will u c a scary 1 wit me?"
Litfun7 responded with, "lol,,,,sure."  Litfun7 told The MCSO
Deputy that he drives a Ford F150 pick up truck.  At
approximately 2029 hours litfun7 asked the MCSO Deputy, "your age
again?" The MCSO Deputy responded with "14". Shortly thereafter,
litfun7 stated, "just don't want you to think I'm one of those
guys looking to hook up with younger girl."  Litfun7 then
referenced seeing this kind of thing on TV.  When the MCSO Deputy
told litfun7 that the MCSO Deputy's "mother" and "Aunt" are
unaware that the MCSO Deputy was chatting with him, he responded
with, "must stay that way." The MCSO Deputy then asked, "do u wnt
me 2 leav u alon or sumthin?"  Litfun7 responded by saying
"no.,,,."  At approximately 2050 hours, the MCSO Deputy told
litfun7 that the MCSO Deputy has gone to the local mall before
without the knowledge of the MCSO Deputy's "mother."   Litfun7
asked if the MCSO Deputy does that a lot and then asked which
mall. At approximately 2055 hours litfun7 stated, "maybe someday
I'll meet you there and get you that hat and mittens."  This was
in reference to an earlier chat in which the MCSO Deputy spoke
about an interest in purchasing a new hat and mittens.  The MCSO
Deputy offered in return to get litfun7 a "turtle" ice cream.
This chat ended at approximately 2102 hours.

13. On October 30, 2006 at approximately 1821 hours, litfun7 initiated a chat dialogue with the MCSO Deputy by typing "well hi there". The MCSO Deputy responded, "hiiii." Litfun7 subsequently told the MCSO Deputy that he has a 40 gallon fish tank in his home at approximately 1836 hours. At approximately 1927 hours, litfun7 asked if the MCSO Deputy would be off from school during the coming Thanksgiving holiday. Upon learning that the MCSO Deputy would be off, litfun7 replied with, "maybe we could meet for lunch at the mall." Later in the chat, litfun7 encouraged the MCSO Deputy to think about things that they could do together when they meet. Litfun7 then went on to ask if the MCSO Deputy is ticklish and when the MCSO Deputy replied with a positive response to the question, litfun7 responded by typing "mmmmmmmmmm...gets me to thinking." This chat ended at approximately 1917 hours.

14. On October 31, 2006 at approximately 1631 hours, the MCSO Deputy sent an offline message (a message that is not received by the intended user until that user logs on) to litfun7 telling him that the MCSO Deputy could not chat late due to Halloween. At approximately 1719 hours, litfun7 responded to the MCSO Deputy's message by typing "hi". Litfun7 offered the MCSO Deputy a hug at approximately 1726 hours to keep the MCSO Deputy from being cold. At approximately 1754 hours, while chatting with the MCSO Deputy about going to the mall, litfun7 stated, "let see what happens in the future." The MCSO Deputy asked, "watcha mean?" to which litfun7 replied, "meet up and do that movie," "or sumthing." Litfun7 followed with, "if you don't mined bein seen with older man." Litfun7 then told the MCSO

Deputy that he is 49 years old.  At approximately 1809 hours,
litfun7 told the MCSO Deputy, "all boys want is sex…lol."
Litfun7 went on to say that boys the MCSO Deputy's age "don't kno
how to make it feel good" and that the MCSO Deputy should "wait
for the right one" to learn together.  The MCSO Deputy chatted
briefly with litfun7 about sex at this time and told litfun7 "I
jst wonder wat its lik an stuff I gess".  Litfun7 told the MCSO
Deputy at approximately 1823 hours, "if I can help feel free to
ask."  At 1847 hours, litfun7 told the MCSO Deputy to keep their
conversation to themselves.  Litfun7 then told The MCSO Deputy,
"you get in trouble go to jail…lol."  Litfun7 asked if the MCSO
Deputy knew how to delete the chat messages.  This chat ended at
approximately 1856 hours.

    15.  On November 3, 2006 at approximately 1945 hours,
litfun7 initiated a chat dialogue with the MCSO Deputy by typing
"hi".  The MCSO Deputy responded "hiii" and litfun7 followed
with, "you miss me…lol."  At approximately 2010 hours, the MCSO
Deputy told litfun7 that the MCSO Deputy enjoyed hiking.  Litfun7
responded by saying, "maybe someday in the spring we could do
it."  Litfun7 followed with, "would say do it now but your not
into the cold weather."  Litfun7 then told the MCSO Deputy at
approximately 2013 hours, "you need to run naked in a snow storm
nothing like it…lol." At approximately 2018 hours, he asked when
the MCSO Deputy's birthday was and said to the MCSO Deputy,
"ok…coming up and you'll be 15."  The MCSO Deputy confirmed this.
At approximately 2019 hours litfun7 told The MCSO Deputy his
birthdate.  At approximately 2030 hours, litfun7 told the MCSO
Deputy, "think you need to get out of the house…" and continued
with, "shame I'm not 30 years younger…lol".  At approximately
2036 hours, litfun7 asked, "what else would you like to learn."
litfun7 soon asked, "nothing coming to mined that you would like

7

to try first?"  Litfun7 also stated, "if I can help you get over
be shy….feel free to ask away."  The MCSO Deputy told litfun7
that there were some things that the MCSO Deputy would like to
learn and litfun7 responded with, "this about sex…?"  The MCSO
Deputy responded, "stuf lik that yea."

16.  On November 7, 2006 at approximately 1624 hours,
litfun7 initiated a chat with the MCSO Deputy by typing, "hi
there(smiley face)."  The MCSO Deputy responded, "hiiiiii(smiley
face)."  Litfun7 told the MCSO Deputy at approximately 1634 hours
that he was getting a laptop for work, which will enable him to
chat while he is at work or away (litfun7 indicates in subsequent
chat sessions that he was not able to get a lap top).  At
approximately 1638 hours, the MCSO Deputy reminded litfun7 that
the MCSO Deputy is under 16 years of age.  Litfun7 subsequently
told The MCSO Deputy that he is 5'10" tall.   In referring to the
MCSO physical size, litfun7 commented, "easier to get your arms
around…lol."  At approximately 1647 hours litfun7 told the MCSO
Deputy, "…maybe some day we can get to meet." This chat ended at
approximately 1718 hours.  At approximately 1830 hours, litfun7
initiated another chat dialogue with the MCSO Deputy by typing,
"hi,."  litfun7 told the MCSO Deputy that he was trying to lose
weight and as of the current chat he weighs 174 pounds.  Litfun7
asked if the MCSO Deputy goes into chat rooms much and reminded
the MCSO Deputy that that's where they met.  Litfun7 told the
MCSO Deputy at approximately 1903 hours that he "should come over
and tickle" the MCSO Deputy.  At approximately 1925 hours,
litfun7 asked if the MCSO Deputy had any questions that he could
answer.   When the MCSO Deputy's response indicated that the MCSO

Deputy did not know what to ask about, litfun7 stated,
"understand...shy to talk about sex." The MCSO Deputy told litfun7,
"I (the MCSO Deputy) wondr wat its lik sumtimes." Litfun7 asked
how the MCSO Deputy would feel standing naked in a room and when
the MCSO Deputy stated that the MCSO Deputy would be shy, litfun7
stated, "so we just have to get you past the first time...lol."
litfun7 exchanged many "hugging" and "kissing" emoticons (smiley
face graphics depicting certain emotions) during this chat and
continued to do so in future chats.  At approximately 2036 hours,
litfun7 asked the MCSO Deputy, "so you checked out my profile."
Litfun7 then asked if the MCSO Deputy saw the "marital status"
portion of his profile that read "married but looking".   The MCSO
Deputy asked if litfun7 was looking for a girlfriend and litfun7
replied that he was.  Litfun7 then stated, "shame of the age
difference."  The MCSO Deputy told litfun7, "idc (I don't care)
bout ages an stuf thats all."  Litfun7 encouraged the MCSO Deputy
to elaborate and to "just spit it out." When the MCSO Deputy did
not continue, litfun7 typed "is ok,,,you'll tell me when your
ready".  At approximately 2054 hours, litfun7 told the MCSO
Deputy that he was thinking about sex and when asked "wat kinda
stuff" by the MCSO Deputy, litfun7 replied, "you want to learn
and I'm not having any....lol".  The MCSO Deputy told litfun7, "I
wuld wana learn som stuf sumtim", and litfun7 replied, "when you
think your ready."  At approximately 2059 hours, litfun7 asked
the MCSO Deputy, "what would you like to try first" and when the
MCSO Deputy told litfun7 that the MCSO Deputy felt "dum" chatting
about it, litfun7 replied, "that's why they call it learning."
Litfun7 went on to ask if the MCSO Deputy has seen any "pics" (of
sex) or if the MCSO Deputy had discussed it with girlfriends.
When the MCSO Deputy replied with a positive response about
seeing some "pics", litfun7 soon asked, "oral?"  At approximately
2115 hours litfun7 made reference to putting a male's penis in

9

the MCSO Deputy's mouth.  Litfun7 omitted the word for "penis",
however, the meaning of the statement was clearly conveyed to the
MCSO Deputy.  Litfun7 stated that he "loved it" and then made
reference at approximately 2116 hours to performing oral sex on a
female by stating, "do the same to you." This chat ended at
approximately 2121 hours.

     17.  On November 13, 2006 another chat dialogue took place
during which litfun7 asked the MCSO Deputy for a back rub for his
sore muscles.  At approximately 1703 hours, litfun7 asked if the
MCSO Deputy had any questions for him. This is understood in the
context of this chat and previous chats to mean questions about
sex. The MCSO Deputy told litfun7 that the MCSO Deputy felt funny
asking questions and did not want to be a "pest".  Litfun7
assured the MCSO Deputy that it was "fine" and encouraged the
MCSO Deputy to ask.  Litfun7 asked at approximately 1714 hours,
"and you looking to learn" and "what do you want to learn first."
Litfun7 asked at approximately 1717 hours, "would doing it help
you to learn?"  Litfun7 also asked at approximately 1732 hours,
"so have you had your body touched by a guy?"  The MCSO Deputy
acknowledged this with a positive response.  Litfun7 then asked
if the male had "touched your breast" and "would you have let me
go under your skirt?"  At approximately 1746 hours, litfun7 asked
the MCSO Deputy, "you want to learn" and followed with, "is it
worng (wrong) for me to offer to teach you?"  When the MCSO
Deputy asked if litfun7 was serious about teaching the MCSO
Deputy sex, litfun7 replied, "if your sure your ready."  The MCSO
Deputy told litfun7 that the MCSO Deputy was ready.  Litfun7
repeated at approximately 1758 hours, "I'll teach you." Over the
following ten minutes, litfun7 made such statements to the MCSO
Deputy as "have you done stuff to yourself?", "did you cum?",
"like to have oral done to you?", "make you come the first time

that way" and "yes…that's why it called teaching and learning".
This chat ended at approximately 1816 hours.  At approximately
1855 hours, litfun7 initiated a chat dialogue with the MCSO
Deputy by typing "hi, you there?"  The MCSO Deputy responded at
approximately 1912 hours by typing "ru here?"  Litfun7 asked the
MCSO Deputy at approximately 1942 hours, "where (were) you gonna
ask me to help you with learning ?" The MCSO Deputy responded'
"…maybe I gess yea."  Litfun7 made such statements to the MCSO
Deputy as "….you think you could take your clothes off in front
of me",  "there's always anal", "would you like to suck my ----",
and "…wheni cum…you going to swallow." Litfun7 went on to discuss
masturbation with the MCSO Deputy at approximately 2050 hours.
This chat ended at approximately 2057 hours.

     18.  On November 16, 2006 at approximately 1639 hours,
litfun7 initiated a chat dialogue with the MCSO Deputy by typing
"hi".  At approximately 1716 hours the MCSO Deputy asked if
litfun7 would like the MCSO Deputy to leave him alone to which
litfun7 replied, "noooooooooooooo."  The MCSO Deputy subsequently
asked litfun7 what he was thinking about and litfun7 replied,
"meet you."  Litfun7 told the MCSO Deputy at approximately 1731
hours, "want you to tell me what you want to learn,,,,."  Litfun7
encouraged the MCSO Deputy to tell him until the MCSO Deputy
typed, "u kno  sex stuff lol."  Litfun7 immediately replied to
this with, "that's good,,, don't be shy about it…trying to help
you here."  The MCSO Deputy asked litfun7 at approximately 1737
hours, "u wnt mind teachin me stuf rite?" to which he responded,
"no,,,would like to very much."  Litfun7 then referenced the MCSO
Deputy's young age and told the MCSO Deputy, "this can never be
talked about."  At approximately 1744 hours litfun7 stated, "so
now tell me what you want to learn,,,,," Litfun7 encouraged the
MCSO Deputy to state specifically what kinds of activities the

MCSO Deputy was interested in learning and then asked at
approximately 1748 hours, "can you ask me to fuck you." The MCSO
Deputy did so upon litfun7's request. Litfun7 again encouraged
the MCSO Deputy to say "fuck" at approximately 1752 hours and
stated , "would love to be the first guy to fuck you." Litfun7
also chatted about oral sex. At approximately 1934 hours litfun
7 stated that he was thinking about coming to Rochester around
Thanksgiving time "just to meet." During the remainder of this
chat, litfun7 discussed masturbation with the MCSO Deputy as well
as meeting with the MCSO Deputy. The chat ended at approximately
2044 hours.

19. On November 17, 2006 at approximately 1601 hours,
litfun7 initiated a chat with the MCSO Deputy. At approximately
1613 hours, litfun7 asked the MCSO Deputy to discuss a
masturbation experience with him. Litfun7 encouraged the MCSO
Deputy to use two fingers when masturbating in order to "…open
you up.,,,so when the time come,,wont hurt as much." Litfun7
told the MCSO Deputy that his penis is, "…very thick…" and that
he "will have to use lube also." At approximately 1645 hours,
litfun7 told the MCSO Deputy, "…I could go to jail right now it
they found out what we have been chatting about." At
approximately 1650 hours, the MCSO Deputy asked, "wat u thinkin
bout?" Litfun7 replied, "what it going to feel like the first
time inside you." Litfun7 went on to chat with the MCSO Deputy
about making the MCSO Deputy cum, giving a "blowjob" (1707
hours), tasting his "cum"(1708 hours), "oral" (1720 hours), and
the size of his penis (1724 hours). This chat ended at
approximately 1758 hours.

20. On December 11, 2006, litfun7 again chatted with the
MCSO Deputy. During this chat, litfun7 again used explicit

sexual language and indicated his intentions to have sex with the
MCSO Deputy.  Also during this chat, litfun7 indicated his
intention of traveling to Rochester on December 13, 2006 to meet
the MCSO Deputy.  Litfun7 asked the MCSO Deputy if 3:00 p.m.
would be suitable for meeting at the mall located in Greece, New
York.  The MCSO Deputy indicated that the time was suitable.
Litfun7 told the MCSO Deputy that he would confirm that he could
come to Rochester during a chat conversation on December 12,
2006.

    21.  The following are selected verbatim Yahoo Instant
Messenger communications between the MCSO Deputy and litfun7
which were captured by the MCSO Deputy:

(A)  The following chat conversations occurred on 11-13-2006

litfun7 (05:32:16 PM): so have you had your body touched by a guy
MCSO Deputy (05:32:23 PM): yea  alil
litfun7 (05:32:34 PM): you like
MCSO Deputy (05:32:44 PM): hehe  yea
MCSO Deputy (05:33:02 PM): it was kewl but then lik more peopl cam down an he stoped
litfun7 (05:33:26 PM): how did it make you feel
MCSO Deputy (05:33:35 PM): i likd it a lot
MCSO Deputy (05:33:45 PM): an he kissd me
litfun7 (05:33:49 PM): touch your breast
MCSO Deputy (05:33:59 PM): yea  jst lik ovr my shurt
litfun7 (05:34:17 PM): pinch them
MCSO Deputy (05:34:28 PM): hehe  no  he jst lik rubed an stuff
litfun7 (05:34:40 PM): ok, anything else
MCSO Deputy (05:35:04 PM): nooo  he was kinda rubin all over an kissd me but then he
stoped real qik
litfun7 (05:35:56 PM): you head start spinning
        . . .
MCSO Deputy (05:36:21 PM): yea  i was real nervus but i likd it
litfun7 (05:36:44 PM): your you have let me go under your shirt
litfun7 (05:36:50 PM): would*
MCSO Deputy (05:37:00 PM): if peopl wernt ther?
litfun7 (05:37:17 PM): how about taking it off
MCSO Deputy (05:37:37 PM): lol  i wulda mayb yea  if ther wernt lik alota peopl round
litfun7 (05:37:47 PM): ok,,
MCSO Deputy (05:37:55 PM): yea  i wulda
MCSO Deputy (05:37:59 PM): lol
litfun7 (05:38:03 PM): mmmmmmmmmm
MCSO Deputy (05:38:06 PM): hehe
        . . .
MCSO Deputy (05:57:25 PM): im 2shy cept wen im chatin
MCSO Deputy (05:57:26 PM): lol
litfun7 (05:57:47 PM): that explans alot,,,just take your time
MCSO Deputy (05:58:03 PM): k  il try
litfun7 (05:58:26 PM): i'll teach you

13

```
MCSO Deputy (05:58:35 PM): i heard it kinda hurts thefrst tim
MCSO Deputy (05:58:38 PM): alil
litfun7 (05:58:57 PM): yes,,,and be sore for couple days
MCSO Deputy (05:59:22 PM): oh   ifit does can we stop lik jst 4 alil
litfun7 (05:59:51 PM): sure you tell me when you ok
MCSO Deputy (06:00:01 PM): k  u wuldnt get mad or anythin rite?
litfun7 (06:00:09 PM): no,,,
            ...
litfun7 (06:03:17 PM): me going down on you kissing and licking
MCSO Deputy (06:03:31 PM): hehe  yea
MCSO Deputy (06:03:36 PM): it wuld b okay  yea
litfun7 (06:03:56 PM): make you cum first time that way
MCSO Deputy (06:04:13 PM): wuld i cum ifu did that
litfun7 (06:04:25 PM): yes,
MCSO Deputy (06:04:31 PM): hehe  kewl
MCSO Deputy (06:04:43 PM): i dnt kno if i everdid b4
litfun7 (06:04:43 PM): wont stop till you do
```

(B)   <u>The following chat conversations occurred on 11-24-2006</u>

```
MCSO Deputy (05:35:26 PM): lol  kewl
MCSO Deputy (05:35:29 PM): mmm
litfun7 (05:36:07 PM): love to be laying down with you on top
MCSO Deputy (05:36:22 PM): awww  keepin u real warm
litfun7 (05:36:35 PM): making me hard...lol
MCSO Deputy (05:36:41 PM): lol mmmm
MCSO Deputy (05:36:57 PM): good   an i culd feel it an stuff
MCSO Deputy (05:36:59 PM): lol
litfun7 (05:37:16 PM): yes,,,and i could do same to you
MCSO Deputy (05:37:27 PM): mmmmmmm
litfun7 (05:37:47 PM): running my hands down your back to your cute ass
MCSO Deputy (05:38:09 PM): hehe  that wuld b soooo good
MCSO Deputy (05:38:18 PM):
litfun7 (05:38:38 PM):  gald you think so to
MCSO Deputy (05:39:02 PM): yeaaa  unles ur hands r cold or sumthin  lol
litfun7 (05:39:23 PM): lol,,wont be cold
MCSO Deputy (05:39:29 PM): lol  okay  mmm
litfun7 (05:40:38 PM): like to spin you around with your legs beside my head
MCSO Deputy (05:40:50 PM): lol  realy?
litfun7 (05:41:19 PM): start kiss and licking you
MCSO Deputy (05:41:32 PM): mmmm  i wuld b kissin u all over2
MCSO Deputy (05:41:36 PM): lol
litfun7 (05:42:08 PM): mmmmmmmmmmmmm, i hope so
MCSO Deputy (05:42:11 PM): but dont tikle my feet  lol
litfun7 (05:42:20 PM): ok,,,
MCSO Deputy (05:42:27 PM): lol  jk  alil mayb
litfun7 (05:42:57 PM): will be with my tonuge so mite tickle a lot
MCSO Deputy (05:43:18 PM): lol  idc
litfun7 (05:43:58 PM): good
MCSO Deputy (05:44:29 PM): an i wuld rub all over ur legs an stuf">
litfun7 (05:45:03 PM): would you now
MCSO Deputy (05:45:12 PM): lol  yeaaa
litfun7 (05:47:26 PM): mmmmmm and what else
MCSO Deputy (05:47:36 PM): idk  wat els u wana do
            ...
litfun7 (05:48:11 PM): make love to you alnight
MCSO Deputy (05:48:21 PM): awww  ur soo sweet
MCSO Deputy (05:48:36 PM): i wuld lov that soo much
litfun7 (05:49:15 PM): no that will have to take it slow,,,,,,but want you to love sex
as much as i do...
            ...
litfun7 (05:03:59 PM): what it's like to have your nipples sucked
MCSO Deputy (05:04:09 PM): mmmm
```

```
MCSO Deputy (05:04:17 PM): i bet it tikles alil
litfun7 (05:04:22 PM): kissing my way down your body
MCSO Deputy (05:04:34 PM): my bely an stuf?
MCSO Deputy (05:04:37 PM): lol
litfun7 (05:04:42 PM): yes,
MCSO Deputy (05:04:48 PM): mmmm
litfun7 (05:05:41 PM): hold you up by your ass...hands underyou..looking in your eyes
as i start to lick you
MCSO Deputy (05:05:58 PM): awww  thats sweet
MCSO Deputy (05:06:02 PM): mmm
litfun7 (05:06:17 PM): not stopping till you cum
MCSO Deputy (05:06:27 PM): i wana sooo bad
MCSO Deputy (05:06:34 PM): lik a lot
litfun7 (05:07:04 PM): mmmm,,,ok maybe i wont stop than....
MCSO Deputy (05:07:20 PM): lol  nooo  dnt stop
MCSO Deputy (05:07:35 PM): omg that wuld b mean  lol
litfun7 (05:07:52 PM): mmmmmm...just alittle tease
MCSO Deputy (05:08:00 PM): lol  ur messin wit me
litfun7 (05:08:06 PM): no,,,
MCSO Deputy (05:08:17 PM): ;,
litfun7 (05:08:26 PM): want you to beg me to do it to you
MCSO Deputy (05:08:33 PM): lol  realy?
MCSO Deputy (05:08:45 PM): u dnt wana?
litfun7 (05:09:10 PM): oh i do,,,but love the here you ask for it


litfun7 (07:47:57 PM): is ok to be slutty in bed room just dont become a slut in life
MCSO Deputy (07:48:17 PM): lik how
litfun7 (07:48:37 PM): what do you mean
MCSO Deputy (07:48:57 PM): lik how wuld i b
litfun7 (07:49:10 PM): in bedroom?
MCSO Deputy (07:49:12 PM): yea
MCSO Deputy (07:49:32 PM): i wuld def nevr b in life or anythin
litfun7 (07:50:02 PM): tell me you wan tme to cum on your face,,,stuff like that
MCSO Deputy (07:50:30 PM): realy   u wuldnt think bad things bout me or anythin if i
did
litfun7 (07:50:54 PM): no,,,i'm going to do same to you
MCSO Deputy (07:51:23 PM): lol kewl   i wana
litfun7 (07:51:45 PM): mmmmmmmmmmm
MCSO Deputy (07:52:00 PM): i dnt kno lik evrythin i shuld say i gess
MCSO Deputy (07:52:08 PM): lik watkinda stuf
litfun7 (07:52:26 PM): stuuf to you??
litfun7 (07:52:32 PM): stuff*
MCSO Deputy (07:52:40 PM): noo  lik wat kinda stuf ud like
litfun7 (07:53:10 PM): going down on you after sex...
litfun7 (07:53:15 PM): you sitting on my face
MCSO Deputy (07:53:20 PM): mmmm
MCSO Deputy (07:53:37 PM): ur makin me kinda tingly   lol


litfun7 (08:00:39 PM): lick ever inch on your body,,,,both pussy and ass
MCSO Deputy (08:01:12 PM): mmmmm i wana tuoch ur d  lol
MCSO Deputy (08:01:23 PM): omg  im soo tingly
MCSO Deputy (08:01:25 PM): lol
litfun7 (08:01:40 PM): nipple hard too
MCSO Deputy (08:01:45 PM): lol  yeaaa
MCSO Deputy (08:01:49 PM): a lot
litfun7 (08:02:11 PM): go ahead and pinch then litlly
MCSO Deputy (08:02:17 PM): lol  k
MCSO Deputy (08:02:25 PM): mmmm
litfun7 (08:02:34 PM): feel good
MCSO Deputy (08:02:49 PM): lol   yeaa  thy tikle alil
MCSO Deputy (08:02:53 PM): they
litfun7 (08:03:06 PM): your pussy getting wet
MCSO Deputy (08:03:23 PM): yea  it was b4  lol
MCSO Deputy (08:04:08 PM): its real wet now">
```

MCSO Deputy (08:04:15 PM): lol
litfun7 (08:04:25 PM): mmmmm,,better to lick
MCSO Deputy (08:04:33 PM): mmmmm
MCSO Deputy (08:05:01 PM): i wuld lov it  lol
litfun7 (08:05:38 PM): mmmmmm...make you cum over and over
MCSO Deputy (08:05:58 PM): lol  i wana soo bad  lik real hard an stuf
MCSO Deputy (08:06:00 PM): mmmm
litfun7 (08:06:26 PM): yes,,them you'll wan tot fuck some more
MCSO Deputy (08:06:51 PM): omg  il proly wana a lot  lol
litfun7 (08:07:50 PM): i can last very long time after first time i cum,,,just need to
rest up aliitle between
MCSO Deputy (08:08:12 PM): lol  an if i get sor alil mayb
litfun7 (08:08:39 PM): yes,,,will stop..dont want to hurt you
MCSO Deputy (08:09:05 PM): ty  i kno u wuldnt


(C)   The following chat conversations occurred on 11-27-2006


litfun7 (11/27/2006 4:29:55 PM): yes,,as cold water run down the crack of your ass
MCSO Deputy (11/27/2006 4:30:04 PM): lol
MCSO Deputy (11/27/2006 4:30:14 PM): omg  i wuld proly freeez

litfun7 (11/27/2006 4:30:22 PM): have mouth full for your nipples
MCSO Deputy (11/27/2006 4:30:28 PM): lol  mmmmm
MCSO Deputy (11/27/2006 4:30:38 PM): i wana try that  lol
     ...
MCSO Deputy (11/27/2006 4:37:37 PM): i got som of my moms oil  lol
litfun7 (11/27/2006 4:38:14 PM): mmmmmmm...how was it
MCSO Deputy (11/27/2006 4:38:30 PM): lol  i likd it a lot mmmmm  cept its kinda messy
MCSO Deputy (11/27/2006 4:38:41 PM): i likd it bettr
MCSO Deputy (11/27/2006 4:38:45 PM):
litfun7 (11/27/2006 4:38:56 PM): used little to much is all
MCSO Deputy (11/27/2006 4:39:12 PM): i think proly yea  lol
litfun7 (11/27/2006 4:39:28 PM): was nice a slippery thou
MCSO Deputy (11/27/2006 4:39:43 PM): omg  yea
litfun7 (11/27/2006 4:40:18 PM): with you like that and me also,,,souldnt hurt at all
MCSO Deputy (11/27/2006 4:40:39 PM): yea  i thnk itl proly b bettr lik that2
MCSO Deputy (11/27/2006 4:40:44 PM): mmmm
litfun7 (11/27/2006 4:41:12 PM): only thing wrong with it is.i'll cum to quick
MCSO Deputy (11/27/2006 4:41:29 PM): lol  idc  we can doit mor
MCSO Deputy (11/27/2006 4:41:47 PM): an mayb i wil2 lol
litfun7 (11/27/2006 4:41:56 PM): and mite go to fast for you
MCSO Deputy (11/27/2006 4:42:09 PM): oh
MCSO Deputy (11/27/2006 4:42:24 PM): lol  k
litfun7 (11/27/2006 4:42:34 PM): good,,want you to cum like crazy
MCSO Deputy (11/27/2006 4:42:45 PM): lol  omg  meeee2
litfun7 (11/27/2006 4:43:03 PM): yes,,,again and again
MCSO Deputy (11/27/2006 4:43:21 PM): lol  that wuld b sooo kewl if i did a lot
MCSO Deputy (11/27/2006 4:43:25 PM): an u did2
litfun7 (11/27/2006 4:43:53 PM): what cum
MCSO Deputy (11/27/2006 4:44:02 PM): yeaaa  a lot
litfun7 (11/27/2006 4:44:18 PM): i'm sure you will
MCSO Deputy (11/27/2006 4:44:25 PM):
litfun7 (11/27/2006 4:44:59 PM): my little thing,,,making my partner cum as may time
as she can handle
MCSO Deputy (11/27/2006 4:45:23 PM): lol  kewlll  i wana mak u alot2
litfun7 (11/27/2006 4:45:40 PM): mmmmmmm
MCSO Deputy (11/27/2006 4:45:45 PM): lol  mmmmm
MCSO Deputy (11/27/2006 4:45:52 PM): us
litfun7 (11/27/2006 4:46:04 PM): you know it
     ...
litfun7 (11/26/2006 3:27:15 AM): miss you so much today,,,,not sure if this is
right,but
cant stay away,,,love you to much GOD...this hurts........want you so bad...not just

sex,,,
but love you to be me mt own......hope you understand
        ...
litfun7 (11/27/2006 7:47:55 PM): just trying to fiugre out how to meet up...time and place
litfun7 (11/27/2006 7:48:07 PM): or if i can even make it that day
MCSO Deputy (11/27/2006 7:48:34 PM): oh  i can go2 the mall aftr skewl   i can wait ther
litfun7 (11/27/2006 7:49:16 PM): yes,,but dont want you to if i cant make it...waste your time and get mad at me for not showing
MCSO Deputy (11/27/2006 7:49:37 PM): oh  u cant com mayb?
litfun7 (11/27/2006 7:50:16 PM): yes,,,will be in pittsburg on thur,,,not sure if i'll get done and up there in time
MCSO Deputy (11/27/2006 7:50:25 PM): oh
litfun7 (11/27/2006 7:51:03 PM): maybe we should wait till following week when i can plan to be in rochester
MCSO Deputy (11/27/2006 7:51:20 PM): i gess  if u wana
litfun7 (11/27/2006 7:51:46 PM): dont want to be will be easier on both of us
MCSO Deputy (11/27/2006 7:52:02 PM): i gess k
litfun7 (11/27/2006 7:52:18 PM):
MCSO Deputy (11/27/2006 7:52:25 PM):
litfun7 (11/27/2006 7:52:52 PM): you do know that this is nuts...lol
MCSO Deputy (11/27/2006 7:52:59 PM): wat
litfun7 (11/27/2006 7:53:31 PM): you and me,,,the age thing again sorry
MCSO Deputy (11/27/2006 7:53:44 PM): oh  idk
MCSO Deputy (11/27/2006 7:53:50 PM): sry
        ...

MCSO Deputy (11/27/2006 8:07:46 PM): wen will u kno if u can com
litfun7 (11/27/2006 8:08:14 PM): thur,,,thats why i asked if you could call
MCSO Deputy (11/27/2006 8:08:36 PM): idk  i can try2  can u chat wen u com home
litfun7 (11/27/2006 8:09:03 PM): when friday
MCSO Deputy (11/27/2006 8:09:14 PM): no  thrsday wen ur hom
litfun7 (11/27/2006 8:09:43 PM): thats just it not sure yet if i'll get home on thur
MCSO Deputy (11/27/2006 8:09:51 PM): oh k
litfun7 (11/27/2006 8:10:16 PM): lets wait till next week..give time to do it right
MCSO Deputy (11/27/2006 8:10:27 PM): i gess k
litfun7 (11/27/2006 8:11:18 PM): you'll see,,,will be much better,,,,,i know have to wait longer,,,me too
MCSO Deputy (11/27/2006 8:11:31 PM): okay
MCSO Deputy (11/27/2006 8:12:12 PM): i wana go look at cloths an 4 a new hat so mayb il go anywy
MCSO Deputy (11/27/2006 8:12:28 PM): jst 2 walk round an stuff
litfun7 (11/27/2006 8:12:49 PM): ok,,,what time will you be there
MCSO Deputy (11/27/2006 8:13:13 PM): idk  il proly skip d block so like aftr that
litfun7 (11/27/2006 8:13:37 PM): till when
MCSO Deputy (11/27/2006 8:14:05 PM): idk  proly 4 lik a hour or sumthin i gess
MCSO Deputy (11/27/2006 8:14:15 PM): an i wana get a turtle  lol
litfun7 (11/27/2006 8:15:25 PM): mmmmm,,,wait till four..if i'm not there go without me
MCSO Deputy (11/27/2006 8:15:49 PM): u dnt havta  its okay  i dnt wantu 2 get in troubl at werk or anythin
MCSO Deputy (11/27/2006 8:16:02 PM): i jst wana go ther i gess
litfun7 (11/27/2006 8:16:29 PM): not making any promise...but lets see what happens

(D)   <u>The following chat conversations occurred on 12-11-2006</u>

litfun7 (12/11/2006 7:11:44 PM): want to feel you under me as i'm inside you...kissing youas we go along
MCSO Deputy (12/11/2006 7:12:12 PM): mmmm i wana feel wat its lik insid
MCSO Deputy (12/11/2006 7:12:16 PM):
litfun7 (12/11/2006 7:12:43 PM): hope it does hurt you to much...
MCSO Deputy (12/11/2006 7:12:58 PM): me2 it proly wont if we try kinda slow
litfun7 (12/11/2006 7:13:44 PM): will wait for you to tell me to go faster

```
MCSO Deputy (12/11/2006 7:14:03 PM): lol k if it duesnt hurt a lot we can doit real
fast mmm
litfun7 (12/11/2006 7:14:36 PM): mmmmmm...if your ready for it sure
MCSO Deputy (12/11/2006 7:14:48 PM): lol okay yeaaa
litfun7 (12/11/2006 7:15:24 PM): or maybe we should switch position...you on top so
you can control
MCSO Deputy (12/11/2006 7:15:49 PM): idk wats bettr we can try lik that2 proly
litfun7 (12/11/2006 7:17:04 PM): first time you on top so i dont go to fast and
deep...after that...if you like can go doggie....real fast and hard
MCSO Deputy (12/11/2006 7:17:35 PM): lol doggie is proly real fun
MCSO Deputy (12/11/2006 7:17:50 PM): i saw a pic lik that
litfun7 (12/11/2006 7:17:54 PM): have you cumming all night that way
        ...
litfun7 (12/11/2006 7:43:35 PM): want to feel you cum for first time
MCSO Deputy (12/11/2006 7:43:49 PM): omg i wana2
MCSO Deputy (12/11/2006 7:44:10 PM): an i kno u wnt go round tellin peopl im sluty or
sumthin
litfun7 (12/11/2006 7:44:33 PM): nope...just between you and me
MCSO Deputy (12/11/2006 7:44:51 PM): yea an i wana learn stuf
litfun7 (12/11/2006 7:45:10 PM): i want teach you
        ...
litfun7 (12/11/2006 7:48:53 PM): mmmm will only be for turtle and meet on wed.
litfun7 (12/11/2006 7:49:10 PM): if i can
MCSO Deputy (12/11/2006 7:49:11 PM): how com
litfun7 (12/11/2006 7:49:45 PM): oh,,,
litfun7 (12/11/2006 7:49:52 PM): you want to do it
MCSO Deputy (12/11/2006 7:50:00 PM): u dnt wana
litfun7 (12/11/2006 7:50:17 PM): yes,,but like to meet and get to know you to
litfun7 (12/11/2006 7:50:34 PM): dont want this to be just about sex
        ...
litfun7 (12/11/2006 7:51:41 PM): there are plenty of motels close
MCSO Deputy (12/11/2006 7:51:49 PM): idk i thnk yea
litfun7 (12/11/2006 7:52:01 PM): i seen them..there are
        ...
litfun7 (12/11/2006 8:09:17 PM): going to cum in you...you ok with that
MCSO Deputy (12/11/2006 8:09:48 PM): i wana but im jst kinda scared bout bein pregnate
MCSO Deputy (12/11/2006 8:10:05 PM): but i def wana try
litfun7 (12/11/2006 8:10:41 PM): will pull out till you get on something
        ...
litfun7 (12/11/2006 8:34:16 PM): hoping you'll like me
MCSO Deputy (12/11/2006 8:34:27 PM): omg i def will y u say that
MCSO Deputy (12/11/2006 8:34:32 PM): i dooo a lot
litfun7 (12/11/2006 8:34:58 PM): enough to give me your virginty
```

22.   On November 7, 2006 at approximately 2110 hours, the
MCSO Deputy was able to identify an Internet Protocol (IP)
address associated with litfun7's internet connection.  The IP
address in question was 172.144.152.103.  Through subsequent
investigation, it was learned that the IP address resolves back
to America Online (AOL).  On November 8, 2006, a subpoena was
served on AOL for subscriber information and connection
information associated with the identified IP addresses.  AOL
responded to the subpoena and provided the following information:

```
Name:              Donald Lemond
Street:            157 Kibbie Lake Road
City:              Constantia
Evening phone:     315-623-7178
Daytime phone:     315-623-7178
Service:           AOL
Billing Method:    Credit Card
CC Name:           Donald R Lemond
```

23.  Based upon the information AOL provided, a check of the New York State Department of Motor Vehicles (NYS DMV) records was conducted.  The check revealed an individual possessing a NYS drivers license with the following identifying information:

```
Name:      Donald R. Lemond
DOB:       xx/xx/1957
Height:    5'10"
Eyes:      Brown
Address:   157 Kibbie Lake Road, Constantia, NY, 13044
```

24.  In addition to the above identifying data, the NYS DMV check also revealed that Donald R. Lemond also has a snowmobile and boat trailer registered to him at 157 Kibbie Lake Road, Constantia, NY, 13044.

25.  A NYS DMV photograph of Donald R. Lemond was also obtain via subpoena.  The MCSO Deputy identified the photograph as being the same individual appearing on the profile page for litfun7.

26.  Throughout the aforementioned chat conversations, litfun7 made numerous references to his home in Syracuse, NY. Litfun7 also stated his birth date and that he is 5'10" tall. Litfun7 also spoke about a snowmobile and fishing boat that he owns.  These statements are directly corroborated with the information obtained from the NYS DMV records checks.  It is also

corroborated with the information obtained from the NYS DMV records checks.  It is also recognized that the name and address information supplied by AOL further corroborates that Donald R. Lemond used the screen name litfun7 to entice/coerce what he believed to be a 14 year old female into having a sexual relationship.  These communications were facilitated via the Internet and Yahoo Instant Messaging.  Litfun7's communications were identified as passing through AOL servers located in Northern Virginia, causing the communications to travel interstate.

27.  In addition to the aforementioned information AOL provided when they responded to the subpoena, AOL was also able to identify the telephone number 315-623-7178, as the telephone number that was used to dial in from in order to establish an Internet connection on the prescribed date and time.  AOL has the same telephone number on file as belonging to Donald R. Lemond, residing at 157 Kibbie Lake Road, Constantia, NY, 13044.  A reverse look-up on the aforementioned telephone number, along with numerous database checks, show that the telephone number is registered to Donald Lemond of 157 Kibbie Lake Road, Constantia, NY, 13044.  On multiple occasions throughout that chats, litfun7 states that he is at his residence while the chats are taking place.  Based upon this information, there is probably cause to believe that Donald Lemond used a computer within the residence of 157 Kibbie Lake Road, Constantia, NY, 13044 in order to dial into AOL servers in Northern Virginia for the purposes of establishing an Internet connection and communicating with the MCSO Deputy.

28. On December 13, 2006, at approximately 3:00 p.m., Donald LeMond appeared in a shopping mall in the Town of Greece, New

York. Once inside the mall, Donald Lemond approached a female and verbally asked whether she was "Karley", the name used by the undercover Sheriff's Deputy previously referenced herein. LeMond was then arrested by members of the FBI and the Monroe County Sheriff's Office.

29.   Based on the foregoing, there is probable cause to believe that Donald Lemond used the screen name litfun7 and violated Title 18, United States Code, Section 2422(b), which prohibits a person from utilizing a facility or means of interstate or foreign commerce to persuade, induce or entice a minor to engage in any sexual activity for which any person can be charged with a crime, or to attempt to do so, and it is respectfully requested that the Court issue a criminal complaint against Donald Lemond.

Joseph M. McArdle
Special Agent
Federal Bureau of Investigation

Sworn to before me this
13   day of December, 2006

MARIAN W. PAYSON
United States Magistrate Judge

21